**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| JASON KERR, and<br>JENNIFER KERR,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF PERRY, GEORGIA,<br>PERRY POLICE CHIEF ALAN EVERIDGE,<br>SEAN WHILDEN, Individually and in his capacity as Perry Police Officer,<br>MAJOR HEATH DYKES, Individually and in his capacity as an Officer of Perry Police Department,<br>HOUSTON COUNTY SHERIFF MATTHEW MOULTON, and<br>JOHN DOE,<br><br>    Defendants. | CIVIL ACTION NO.:<br>5:24-cv-00285-TES |

**ORDER ADDING DEFENDANT TYLER TRIPP**

The Plaintiffs' Motion to Add Defendant having been read and considered, and the Court having considered the full record and all submissions and arguments of counsel, and having determined that proposed party Defendant Tyler Tripp is subject to the jurisdiction of this Court and should be substituted as Defendant to fully resolve the issues in this action as fairly and as expeditiously as possible,

**IT IS HEREBY ORDERED,** that Plaintiff's Motion to Add Defendant is **GRANTED** and Tyler Tripp added as Defendant to this action, and the caption of this action shall be amended accordingly.  Plaintiff is granted leave to file within a reasonable time from the date of this Order,

an Amended Complaint and to serve the said Amended Complaint and Summons thereon, along with a copy of this Order, upon additional Defendant Tyler Tripp as required by law.

**SO ORDERED**, this  11th   day of         March        , 2025.

                                                  S/ Tilman E. Self, III
                                                  TILMAN E. SELF, III, JUDGE
                                                  UNITED STATES DISTRICT COURT