IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JASON KERR and<br>JENNIFER KERR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CIVIL ACTION NO.: |
| | ) | 5:24-cv-00285-TES |
| | ) | |
| CITY OF PERRY, GEORGIA, | ) | |
| PERRY POLICE CHIEF ALAN EVERIDGE, | ) | |
| SEAN WHILDEN, Individually and in his | ) | |
| capacity as Perry Police Officer, | ) | |
| MAJOR HEATH DYKES, Individually and | ) | |
| in his capacity as an officer of Perry Police | ) | |
| Department, and HOUSTON COUNTY | ) | |
| SHERIFF CULLEN TALTON, TYLER | ) | |
| TRIPP, Individually and in his capacity as Houston | ) | |
| County Deputy, and JOHN DOE | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ANSWER OF DEFENDANTS' CITY OF PERRY, GEORGIA, ALAN EVERIDGE, SEAN WHILDEN AND HEATH DYKES TO PLAINTIFF'S AMEDNED COMPLAINT

COMES NOW City Of Perry, Georgia, Alan Everidge, Sean Whilden and

Heath Dykes, and files their Answer to the Plaintiff's Complaint respectfully

showing the Court as follows:

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

These Defendants deny generally that Plaintiff has been subjected to the deprivation of any rights, privileges, or immunities of the Constitution or laws of the United States or the State of Georgia.

## THIRD DEFENSE

These Defendants enjoy sovereign immunity, qualified immunity, official immunity, governmental immunity, and any other immunities provided to them by federal and/or state law.

## FOURTH DEFENSE

Plaintiff's injuries and damages, if any, resulted solely from the voluntary and intentional conduct of Plaintiff or others and not from any conduct of these Defendants.

## FIFTH DEFENSE

These Defendants show that no act or omission proximately caused any injury to the Plaintiff.

## SIXTH DEFENSE

Inasmuch as no act or omission on the part of these Defendants was the proximate cause of any of Plaintiff's alleged injuries, Plaintiff's Complaint is due to be denied.

## SEVENTH DEFENSE

The individually named law enforcement officers, at all times pertinent to Plaintiff's Complaint, acted on the basis of probable cause.

## EIGHTH DEFENSE

In further plea and answer, these Defendants set forth those affirmative defenses specifically enumerated in FRCP 8(c) and FRCP 12(b) in the event that subsequent discovery in this case makes applicable any of said defenses.

## NINTH DEFENSE

These Defendants answer and respond to the allegations set forth in Plaintiff's Complaint as follows:

1.

Admitted.

2.

Denied

3.

Admitted.

4.

These Defendants are without sufficient information to admit or deny the allegations in paragraph 4 of Plaintiff's Complaint.

5.

Admitted.

6.

Admitted.

7.

Admitted.

8.

Admitted.

9.

These Defendants are without sufficient information to admit or deny the allegations in paragraph 9 of Plaintiff's Complaint.

10.

These Defendants are without sufficient information to admit or deny the allegations in the first paragraph identified as paragraph 10 of Plaintiff's Complaint.

10.

These Defendants Deny the second paragraph identified as paragraph 10 of

Plaintiff's Complaint.

11.

Denied.

12.

Denied as pled.

13.

Denied as pled.

14.

Denied.

15.

Denied as pled.

16.

Denied as pled.

17.

Denied.

18.

Denied.

19.

Denied.

20.

Denied as pled.

21.

Denied.

22.

Denied.

23.

Denied.

24.

Admitted.

25.

These Defendants reassert all answers and defenses to paragraphs 1-24 of Plaintiff's complaint as if fully restated herein.

26.

Paragraph 26 of Plaintiff's Complaint contains a legal conclusion which requires no response from these Defendants. To the extent any factual allegations are contained in paragraph 26 of Plaintiff's Complaint, those allegations are denied.

27.

Denied.

28.

These Defendants reassert all answers and defenses to paragraphs 1-27 of Plaintiff's complaint as if fully restated herein.

29.

Denied.

30.

These Defendants reassert all answers and defenses to paragraphs 1-29 of Plaintiff's complaint as if fully restated herein.

31.

Denied.

32.

These Defendants reassert all answers and defenses to paragraphs 1-31 of Plaintiff's complaint as if fully restated herein.

33.

Denied.

34.

These Defendants reassert all answers and defenses to paragraphs 1-33 of Plaintiff's complaint as if fully restated herein.

35.

Denied.

36.

These Defendants reassert all answers and defenses to paragraphs 1-35 of
Plaintiff's complaint as if fully restated herein.

37.

Denied.

38.

These Defendants reassert all answers and defenses to paragraphs 1-37 of
Plaintiff's complaint as if fully restated herein.

39.

Denied.

40.

These Defendants reassert all answers and defenses to paragraphs 1-39 of
Plaintiff's complaint as if fully restated herein.

41.

Denied.

42.

These Defendants reassert all answers and defenses to paragraphs 1-42 of
Plaintiff's complaint as if fully restated herein.

43.

Denied.

44.

Denied.

Any allegations of Plaintiff's Complaint not herein admitted or not responded to for lack of information sufficient to form a belief as to the truth thereof, are hereby denied.

WHEREFORE, having fully answered, Defendants pray as follows:

a)  That Plaintiff's complaint be dismissed;

b)  That Defendants have a trial by twelve fair and impartial jurors as to any factual issues including damages; and

c)  That Defendants have such other and further relief as the Court deems appropriate under the circumstances of this case.

Respectfully submitted, this 2nd day of May, 2024

*/s/J. Travis Hall*
J. Travis Hall
Georgia Bar No.: 357464
Chambless, Higdon Richardson,
 Katz & Griggs, LLP
P.O. Box 18086
Macon, GA 31209-8086
(478) 745-1181
thall@chrkglaw.com

Attorney for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I, J. Travis Hall, hereby certify that I have this day served the foregoing pleading upon all parties in this action by filing same with the Clerk of Court using the EM/ECF System and by placing a copy of the same in the United States Mail, First Class, in a properly addressed envelope with sufficient postage affixed thereto to insure delivery to:

Reza Sedghi                         Thomas F. Jarriel
2870 Vinveville Avenue              P.O. Box 214
Macon, GA 31204                     Macon, GA  31202-0214


This 2nd day of May, 2024


*/s/J. Travis Hall*_____
J. Travis Hall